UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JACINTO ORTA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PAUL M. SCHULTZ,<br><br>　　　　　　Respondent. | 1:04-cv-06153 OWW TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 10)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On January 27, 2005, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED because the Petition does not state grounds that would entitled Petitioner to relief under 28 U.S.C. § 2241, and thus the Court lacks jurisdiction to hear Petitioner's claims. (Doc. 10). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within ten (10) days from the date of service of that order. February 24, 2005, Petitioner filed objections to the Findings and Recommendations. (Doc. 11).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Petitioner offers no reason why he has not proceeded in the sentencing court in the District of Kentucky or filed the requisite motion to the applicable court of appeals to file a successive application under 28 U.S.C. 2244 (b)(3).

IT IS ORDERED:

1. The Findings and Recommendations issued January 27, 2005, (Doc. 10) are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is Dismissed; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

IT IS SO ORDERED.

**Dated:   May 19, 2005**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE